**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 236 MAL 2017

            Respondent         :

                      :   Petition for Allowance of Appeal from
                      :   the Order of the Superior Court

            v.                :

THOMAS M. O'DONNELL,         :

            Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is

**DENIED**.